UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAJNIKUMAR PATEL | No. 24 CR 220<br><br>Hon. Mary M. Rowland |

# JOINT PRETRIAL STATEMENT

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, and RAJNIKUMAR PATEL, by his attorney MICHAEL B. NASH, hereby respectfully submit the following joint pretrial statement pursuant to this Court's standing order governing criminal trials.

## I. PROPOSED CASE STATEMENT

Defendant Rajnikumar Patel has been charged in a one-count indictment with conspiracy to obtain a nonimmigrant U-Visa by false statement. The defendant has pleaded not guilty to the charge.

## II. TRIAL ATTORNEYS

Saqib Mohammad Hussain and Paul Schied represent the United States.

Michael B. Nash represents the defendant.

## III. TRIAL LENGTH/NUMBER OF JURORS

The parties estimate that the trial will last three days.

The parties propose selecting two alternate jurors.

## IV. STIPULATIONS

The parties have conferred and will continue to confer about stipulations to the admissibility of the South Holland Dunkin Donuts security camera footage from February 8, 2023, and the video captured by South Holland Police Department body-worn cameras on February 8, 2023.

## V. WITNESS LISTS

### A. Government's Witness List[1]

| Name | Description of Witness |
|---|---|

**Will Call**:

| | |
|---|---|
| USCIS Adjudication Office Elizabeth Bokan | Officer Bokan will testify about the United States nonimmigrant U Visa program, the application process, and the components of the application. |
| Kewon Young | Young will testify to his agreement with co-defendant Parth Nayi to carry out fake robberies in furtherance of the U Visa fraud conspiracy, and the planning and execution of the February 8, 2023, fake robbery of the South Holland Dunkin Donuts, during which defendant participated as a fake victim in furtherance of the conspiracy. |
| Parth Nayi | Nayi will testify to his agreement with co-defendant Young to carry out fake robberies in furtherance of the U Visa fraud conspiracy and the planning and execution of the February 8, 2023, fake robbery of the South Holland Dunkin Donuts.<br><br>Nayi will also testify regarding defendant's agreement to participate in the February 8, 2023, fake robbery as a fake victim in furtherance of the U Visa fraud conspiracy. |

[1] The government reserves the right to amend this list as authorized by the Court.

| | |
|---|---|
| Federal Bureau of Investigation (FBI) Special Agent Alex Stadheim | Agent Stadheim will testify regarding the investigation into the U Visa fraud conspiracy perpetrated by co-defendants Nayi, Young, and defendant. |
| FBI Special Agent Jeremy Bauer | Expert testimony regarding co-defendant Nayi's, Young's, and defendant's historical cell site information from February 8 through February 9, 2023. |

**May Call:**

| | |
|---|---|
| South Holland Police Officer Jessica Sokolovic | Testimony regarding police response to the South Holland Dunkin Donuts on February 8, 2023. |
| South Holland Police Chief Shawn Staples | Testimony regarding certification of Form I-918 Supplement B to defendant's U Visa application. |
| Nilesh Patel | Testimony regarding participation in the U Visa fraud conspiracy. |
| Raveniben Patel | Testimony regarding participation in the U Visa fraud conspiracy. |
| Bhikhabhai Patel | Testimony regarding participation in the U Visa fraud conspiracy. |

### B. Defendant's Witness List

| | |
|---|---|
| | |

## VI. EXHIBIT LISTS

### A. Government's Exhibit List[2]

| No. | Date | Description | Relevance | Objection (Y/N) |
|---|---|---|---|---|
| 101 | December 2024 | U Visa Submission of Rajnikumar Patel | Evidence of false statement on U Visa submission | N |
| 102 | May 2023 | U Visa Submission of Kamnabahen Patel | Evidence of false statement U Visa fake robbery fraud conspiracy | Y |
| 103 | September 2023 | U Visa Submission of Neetaben Patel | Evidence of false statement U Visa fake robbery fraud conspiracy | Y |

[2] The government reserves the right to amend this list as authorized by the Court.

| No. | Date | Description | Relevance | Objection (Y/N) |
|---|---|---|---|---|
| 104 | January 2024 | U Visa Submission of Nilamben Patel | Evidence of false statement U Visa fake robbery fraud conspiracy | Y |
| 105 | February 2024 | U Visa Submission of Dhavalkumar Prajapati | Evidence of false statement U Visa fake robbery fraud conspiracy | Y |
| 106 | July 2024 | U Visa Submission of Jaimin Prajapati | Evidence of false statement U Visa fake robbery fraud conspiracy | Y |
| 107 | October 2024 | U Visa Submission of Neel Vaidya | Evidence of false statement U Visa fake robbery fraud conspiracy | Y |
| 108 | January 2024 | U Visa Submission of Hency Patel | Evidence of false statement U Visa fake robbery fraud conspiracy | Y |
| 200 | 2/8/23 | Dunkin Donuts security footage interior | Depicts the staged robbery of the South Holland Dunkin Donuts | Reserved based on final video clip used at trial |
| 201 | 2/8/23 | Dunkin Donuts security footage interior | Depicts the staged robbery of the South Holland Dunkin Donuts | Reserved based on final video clip used at trial |
| 202 | 2/8/23 | Dunkin Donuts security footage interior | Depicts the staged robbery of the South Holland Dunkin Donuts | Reserve based on final video clip used at trial |
| 203 | 2/8/23 | Dunkin Donuts security footage interior entrance | Depicts the staged robbery of the South Holland Dunkin Donuts | Reserved based on final video clip used at trial |
| 204 | 2/8/23 | Dunkin Donuts security footage interior entrance | Depicts the staged robbery of the South Holland Dunkin Donuts | Reserved based on final video clip used at trial |

| No. | Date | Description | Relevance | Objection (Y/N) |
|---|---|---|---|---|
| 205 | 2/8/23 | Dunkin Donuts security footage exterior | Depicts the staged robbery of the South Holland Dunkin Donuts | Reserved based on final video clip used at trial |
| 206 | 2/8/23 | Dunkin Donuts security footage exterior | Depicts the staged robbery of the South Holland Dunkin Donuts | Reserved based on final video clip used at trial |
| 207 | 2/8/23 | Dunkin Donuts security footage exterior | Depicts the staged robbery of the South Holland Dunkin Donuts | Reserved based on final video clip used at trial |
| 208 | 2/8/23 | Dunkin Donuts security footage exterior | Depicts the staged robbery of the South Holland Dunkin Donuts | Reserved based on final video clip used at trial |
| 300 | 2/8/23 | South Holland BWC 1 | Defendant's interaction with police after the masked individuals left the South Holland Dunkin Donuts. | Reserved based on final video clip used at trial |
| 301 | 2/8/23 | South Holland BWC 2 | Defendant's interaction with police after the masked individuals left the South Holland Dunkin Donuts. | Reserved based on final video clip used at trial |
| 302 | 2/8/23 | South Holland BWC 3 | Defendant's interactions with police after the masked individuals left the South Holland Dunkin Donuts. | Reserved based on final video clip used at trial |
| 400 | N/A | Exterior and interior demonstrative photograph of the South Holland Dunkin Donuts and surrounding area | Scene of the fake robbery in furtherance of the U Visa fraud conspiracy | N |

| No. | Date | Description | Relevance | Objection (Y/N) |
|---|---|---|---|---|
| 401 | N/A | Exterior and interior demonstrative photograph of the South Holland Chipotle Restaurant and surrounding area | Scene of conspiracy in furtherance of the U Visa fraud conspiracy | N |
| 402 | N/A | Exterior and interior demonstrative photograph of the South Holland Walgreens and surrounding area | Scene of conspiracy in furtherance of the U Visa fraud conspiracy | N |
| 500 | N/A | Demonstrative Map of the South Holland Dunkin Donuts and surrounding area | Scene of the conspiracy in furtherance of the U Visa fraud conspiracy | N |
| 501 | N/A | Demonstrative Map of the South Holland Dunkin Donuts and surrounding area | Scene of the conspiracy in furtherance of the U Visa fraud conspiracy | N |
| 600 | 3/18/26 | Slides depicting cell-site location of co-defendants and defendants from February 8 to 9, 2023 | Defendant and coconspirator locations leading up to, during, and after the fake robbery of the South Holland Dunkin Donuts on February 8, 2023 | Y |
| 701 | 2/8/2023 | Defendant texts with Parth Nayi on February 8, 2023 | Defendants knowledge and participation in the fake robbery of the South Holland Dunkin Donuts on February 8, 2023 in furtherance of the U Visa fraud conspiracy | Y |
| 702 | 2/8/2023 | Defendant's call to Parth Nayi on February 8, 2023 | Defendants knowledge and participation in the fake robbery of the South Holland Dunkin Donuts on February 8, 2023 in furtherance of the U Visa fraud conspiracy | Y |
| 703 | 2/8/2023 | Defendant's image in Parth Nayi's cellphone | Defendants knowledge and participation in the fake robbery of the South Holland Dunkin Donuts on February 8, 2023 in furtherance of the U Visa fraud conspiracy | Y |

| No. | Date | Description | Relevance | Objection (Y/N) |
| --- | --- | --- | --- | --- |
| 800 | 2/8/2023 | Co-defendant Young's communications on February 8, 2023 | Evidence of U Visa fake robbery fraud conspiracy | Y |